1450

## MOTION DOCKET

**94–1693.** In re Byard. *Tuscarawas County,* Nos. 93AP100073 and 93AP110078. This cause is pending before the court as an appeal from the Court of Appeals for Tuscarawas County. Upon consideration of the motion of *amicus curiae,* Ohio Department of Human Services, for leave to participate in oral argument on November 8, 1995,

IT IS ORDERED by the court that the motion for leave to participate in oral argument on November 8, 1995, be, and hereby is, granted, effective November 3, 1995, provided that *amicus curiae,* Ohio Department of Human Services, shares the time allotted to appellant.

**94–1780.** Hack v. Gillespie. *Cuyahoga County,* No. 65673. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellees' motion to allow *amicus curiae,* Ohio Association of Civil Trial Attorneys, to participate in oral argument on November 8, 1995,

IT IS ORDERED by the court that the motion to allow *amicus curiae,* Ohio Association of Civil Trial Attorneys, to participate in oral argument on November 8, 1995, be, and hereby is, granted, effective November 3, 1995, provided that *amicus curiae* shares the time allotted to appellees.

**95–526.** Morton Internatl., Inc. v. Continental Ins. Co. *Hamilton County,* No. C–930613. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Hamilton County. Upon consideration of the joint motion to stay further proceedings in this matter for thirty days pending settlement agreement,

IT IS ORDERED by the court that the joint motion to stay further proceedings in this matter for thirty days pending settlement agreement be, and hereby is, granted, effective November 3, 1995.

## RECONSIDERATION DOCKET

**95–1728.** State v. Algarin. *Erie County,* No. E–94–029. Reported at 74 Ohio St.3d 1411, 655 N.E.2d 409. IT IS ORDERED by the court that the motion for reconsideration of the dismissal of this case for want of prosecution be, and hereby is, denied, effective November 3, 1995.